IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| CHRISTINE ROSINSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 123-031 |
| | ) |
| MARTIN O'MALLEY, Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the final decision of the Commissioner and **REMANDS** this case to the Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 14th day of February, 2024, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA